# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | Chapter 7 |
| Robert Rossman<br>    Debtor | Case No. 17-51160 |
| Guardian Alarm Services, Inc.<br>    Plaintiff<br>v. | Adv. Proc. No. 18-05010 |
| Robert Rossman<br>    Defendant | April 30, 2018 |

## ANSWER AND AFFIRMATIVE DEFENSES

### FIRST COUNT

1-3.   The Defendant admits Paragraph's 1 - 3, but denies he was a director of Guardian.

4.   Paragraph 4 is denied, except that any relevant statutory provision speaks for itself.

5-6.   Paragraph's 5 - 6 (a-g) are denied.

7.   Paragraph 7 is denied but Defendant admits he was terminated.

8-11.   Defendant denies Paragraph's 8 - 11.

12.   As to Paragraph 12, Defendant admits that assets were purportedly transferred for less than fair market value.

13-21.   Defendant denies Paragraph's 13 - 21.

22.    Paragraph 22 is admitted.

23-28.   Defendant denies Paragraph's 23 - 28.

29.   Defendant admits Paragraph 29.

30-36.   Defendant denies Paragraph's 30 - 36.

37.   Defendant admits Paragraph 37, but denies it was "based on the above events".

38-40.   Defendant admits Paragraph's 38 - 40.

41-42.   Defendant denies Paragraph's 41 - 42.

## SECOND COUNT

1-42.   The responses to Paragraph's 1 - 42 of the First Count are incorporated.

43-46.   Defendant denies Paragraph's 43 - 46.

## THIRD COUNT

1-42.   The responses to Paragraph's 1 - 42 of the First Count are incorporated.

43-44.   Defendant denies Paragraph's 43 - 44.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim, in part, upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The allegations made in Paragraph's 22 - 36 were, in substantial part, ruled on and rejected in prior litigation and therefore the Plaintiff is collaterally estopped from asserting them again.

## THIRD AFFIRMATIVE DEFENSE

The allegations of the First Count filed pursuant to 11 U.S.C. §523(a)(2)(A) Is barred by collateral estoppel as a result of prior litigation between these parties.

## FOURTH AFFIRMATIVE DEFENSE

The allegations of the Second Count which are predicated on an alleged fiduciary duty are barred by collateral estoppel as a result of prior litigation between the parties.

DEBTOR/DEFENDANT,

BY: _____
James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

## CERTIFICATION

The undersigned hereby certifies that on April 20, 2018, in accordance with Rules 7004, 9014 F. R. Bankr. P, a copy of the Answer and Affirmative Defenses was served on the following:

Scott M. Charmoy, scottcharmoy@charmoy.com
Attorney for Plaintiff

DEBTOR/DEFENDANT,

BY: _____
James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com